ORDERED.

Dated: April 20, 2021

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :

**Trisha M. Maldonado** and
**Shaquille Maldonado**,

                Debtors.
_____/

Case No. **6:20-bk-01785-LVV**
Chapter 7

### AGREED ORDER GRANTING TRUSTEE'S
### MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN
### NON-HOMESTEAD REAL ESTATE IN OSCEOLA COUNTY, FLORIDA

THIS CASE came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Osceola County, Florida, dated February 26, 2021, (docket no. 37), and Lakeview Loan Servicing, LLC's Response to Motion to Sell, dated March 18, 2021, (docket no. 39). Said Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing parties of their opportunity to respond within 21 days of the date of service; and no party has filed a response within the time permitted, aside from the response noted above. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.  Therefore, the Court considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise apprised of the matter

      Accordingly, it is

**ORDERED**, that the Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Homestead Real Estate in Osceola County, Florida, is granted, and the Trustee is authorized to sell the estate's interest in said property, as follows:

1. The property to be sold is more particularly described as :

   **Unit B, Building 29, JEFFERSON GREEN AT ANTHEM PARK, A CONDOMINIUM, according to the Declaration thereof as recorded in Official Records Book 3693, Pages 2315 through 2734, inclusive, together with any and all amendments thereto, of the Public Records of Osceola County, Florida.**

   **Parcel ID No. R092630-0530002900B0**
   **a/k/a 2208 Betsy Ross Lane, Saint Cloud, FL 34769**

2. The property shall be sold to the following buyer for the sales price indicated :

| | Sales Price |
|---|---|
| **Joseph Philip Davila Perez** | **$ 163,750.00 plus $ 10,000.00** |
| 360 Alegriano Ct. | **buyer's premium to the estate** |
| Kissimmee, FL 34758 | |

3. The Trustee has represented that no closing costs are to be paid by the Estate and has obtained short sale approval from the first mortgage holder who has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy the existing mortgage, 2020 real estate taxes, prorated 2021 real estate taxes, and delinquent homeowners association dues and fees as described in the Motion.

4. Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate, subject to current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision and/or condominium, and public utility easements of record.

5. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

6. Trustee is authorized to close in accordance with the Short Sale Approval Letter dated March 3, 2021.

7. The 14-day stay pursuant to Rule 6004(h) is hereby waived.

|  |  |
|---|---|
| */s/ Kristen L. Henkel* | *ReShaundra M. Suggs* |
| Kristen L. Henkel, Esq. | ReShaundra M. Suggs, Esq. |
| Florida Bar No. 81858 | Florida Bar No. 77094 |
| M. E. Henkel, P.A. | Choice Legal Group, P.A. |
| 3560 South Magnolia Avenue | P.O. Box 771270 |
| Orlando, Florida 32806 | Coral Springs, FL 33077 |
| Telephone : (407) 438-6738 | Telephone: (954) 453-0365 |
| Facsimile : (407) 858-9466 | Facsimile: (954) 771-6025 |
| khenkel@mehenkel.com | reshaundra.suggs@clegalgroup.com |

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.